UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| CAROL BAUM | CIVIL ACTION NO. 05-0859-A |
|---|---|
| -vs- | JUDGE DRELL |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections to the Report and Recommendation, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the decision of the Commissioner is REVERSED AND VACATED and this case is REMANDED to the Commissioner for further proceedings in accordance with the Report and Recommendation issued herein.

SIGNED on this 16th day of August, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge